JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Clifton Walker, | Case No. 2:23-cv-01020-RGK-MARx |
|---|---|
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| vs. | |
| Giles Family LLC, et al., | |
| Defendant(s). | |

On June 2, 2023 , the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [17] ("OSC"), which ordered defendant to file an answer on or before June 7, 2023 or plaintiff to file a request for entry of default on or before June 9, 2023.  On June 9, 2023, Plaintiff filed a Stipulation Extending Time to Answer [18].  The OSC specifically indicated that a "stipulation to extend dates or a notice of settlement do not constitute a proper response to this order".  The Court finds that Plaintiff has not properly responded to the OSC and dismisses this action, without prejudice, for lack of prosecution and failure to comply with this Court's order.

**IT IS SO ORDERED.**

Dated: 6/13/2023

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE